pay the docketing fee required by Rule 45(a) and to submit a petition for writ of certiorari in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 87–6622.    IN RE MARTIN; and
No. 87–6671.    IN RE DENNIS.   Petitions for writs of mandamus denied.

No. 87–6616.    IN RE MARTIN.   Petition for writ of mandamus and/or prohibition denied.

No. 87–1687.    IN RE ZEPKE.   Petition for writ of prohibition denied.

No. 87–453.    AMERADA HESS CORP. ET AL. *v.* DIRECTOR, DIVISION OF TAXATION, NEW JERSEY DEPARTMENT OF THE TREASURY; and
No. 87–464.    TEXACO INC. ET AL. *v.* DIRECTOR, DIVISION OF TAXATION, NEW JERSEY DEPARTMENT OF THE TREASURY.   Appeals from Sup. Ct. N. J.   Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.   JUSTICE O'CONNOR took no part in the consideration or decision of these cases.   Reported below: 107 N. J. 307, 526 A. 2d 1029.

No. 87–1346.    BONITO BOATS, INC. *v.* THUNDER CRAFT BOATS, INC.   Sup. Ct. Fla.   Certiorari granted.

No. 87–1602.    CASTILLE, DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, ET AL. *v.* PEOPLES.   C. A. 3d Cir.   Certiorari granted.

No. 87–6431.    SCHMUCK *v.* UNITED STATES.   C. A. 7th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 87–6405.    TOMPKINS *v.* TEXAS.   Ct. Crim. App. Tex.   Motion of petitioner for leave to proceed *in forma pauperis*